**Brooks M. Foster, OSB #042873**
E-mail: bfoster@northwestlaw.com
Chenoweth Law Group, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Telephone:  (503) 221-7958
Facsimile:  (503) 221-2182

Of Attorneys for Defendant Gutterman's Supply Corp. of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PACCAR FINANCIAL CORP. dba PACCAR LEASING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GUTTERMAN'S SUPPLY CORPORATION OF AMERICA,<br><br>Defendant. | Case No. 3:19-cv-01488-AC<br><br>**THIRD JOINT STATUS REPORT** |

Pursuant to this Court's November 3, 2020 order requiring Plaintiff PACCAR Financial Corp. ("PacLease") and Defendant Gutterman's Supply Corporation of America ("Gutterman's") to submit a joint status report on or before February 1, 2021, and additional status reports every 90 days thereafter, the parties jointly submit this status report to the Court addressing the status of the related state court action between the parties, *Run-Rite Industries, LLC & Gutterman's Supply Corp. of America v. PACCAR Financial Corp.*, Multnomah County Circuit Court Case No. 19CV40165 ("the state court action").  This report supplements the prior joint status reports of the parties, which they filed on July 28, 2020 and November 2, 2020.

Page 1 -    **THIRD JOINT STATUS REPORT**

Counsel for Defendant Gutterman's confirms he shared this *Third Joint Status Report* with counsel for Defendant PacLease before filing it with the Court and that counsel for PacLease approves of this filing.

## THIRD JOINT STATUS REPORT

On September 28, 2020, PacLease filed *Defendant's Amended Answer and Affirmative Defenses to Amended Complaint, and Counterclaims*.

On November 2, 2020, Run-Rite and Gutterman's filed *Plaintiff's Reply to Amended Answer and Counterclaims*.

On November 17 and 20, 2020, and January 6, 2021, PacLease made supplemental productions of documents in response to requests for production, which consisted of approximately four thousand (4,000) pages of records.

On December 11, 2020, Multnomah County Circuit Court held a trial readiness conference with counsel for the parties. On December 14, 2020, the court entered a trial readiness conference order. The order schedules a seven-day jury trial to begin on September 13, 2021, with call for trial on September 10, 2021, and an ADR Certificate due by July 30, 2021.

DATED this 1st day of February, 2021

CHENOWETH LAW GROUP, PC

/s/ *Brooks M. Foster*
Brooks M. Foster, OSB No. 042873
bfoster@chenowethlaw.com
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Telephone:  (503) 221-7958
Facsimile:  (503) 221-2182
Attorney for Defendant Gutterman's Supply
    Corporation of America

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date stated below I caused to be served a copy of the foregoing **THIRD JOINT STATUS REPORT** on the following person(s) in the manner indicated below at the following address(es):

    Sara C. Cotton
    Jessica Schuh
    Schwabe, Williamson & Wyatt
    1211 SW 5th Ave
    Ste. 1600
    Portland, OR 97204
    503-796-7464
    503-796-2900 (fax)
    scotton@schwabe.com
    jschuh@schwabe.com
    Attorneys for Plaintiff

by the following method(s)

  __X__    by **e-service / emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

  _____    by **mailing** a full, true and correct copy thereof in a sealed, first-class, postage pre-paid envelope, addressed to the last-known address of the parties as shown above, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

Dated:  February 1, 2021

                                      CHENOWETH LAW GROUP, PC

                                      *s/ Skylar Washabaugh*
                                      Skylar Washabaugh, Paralegal